IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:07CR119-01 |
| | ) | (Financial Litigation Unit) |
| JAIME LIGATOR | ) | |
|    a/k/a Jamie Ligator. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and TD AMERITRADE, A DIVISION OF TD AMERITRADE INC.:

A judgment was entered on October 1, 2009 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the defendant, Jaime Ligator, a/k/a Jamie Ligator, whose last known addresses are ************ Miami Beach, Florida 33139, and *********** Miami, Florida 33102, in the sum of $4,291,573.00. The balance on the account as of March 1, 2012 is $4,290,575.75.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and TD Ameritrade, a division of TD Ameritrade Inc., is commanded to **turn over property** in which the defendant, Jaime Ligator, a/k/a Jamie Ligator, has a substantial nonexempt interest, said property being all funds held by TD Ameritrade, a division of TD Ameritrade Inc., in an investment account ending in number 9660 held in the name of Jamie Ligator at the following address: TD Ameritrade, a division of TD Ameritrade Inc., c/o its registered agent, Corporation Service Company, 327 Hillsborough Street, Raleigh, North Carolina 27603.

    Signed: March 1, 2012

_____
David C. Keesler
United States Magistrate Judge