UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CR119-FDW

UNITED STATES OF AMERICA,
        Plaintiff,
  v.

(4) ALFREDO SUSI,
        Defendant.

_____

**ORDER FOR RETURN OF RESTORED FORFEITED FUNDS**

Upon good cause shown based on the Motion for Return of Restored Forfeited Funds (Doc. 252), the Court herein orders the Clerk to return any and all forfeited funds in this case that were transferred to the Court pursuant to 21 U.S.C. § 853(i), along with interest accrued on those funds, back to the Department of Justice as directed by the United States Marshals Service. The United States is hereby directed to serve a copy of this Order on the Financial Deputy Clerk or Acting Financial Deputy Clerk.

Signed: March 16, 2012

*/s/ Frank D. Whitney*
Frank D. Whitney
United States District Judge

1